IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRITTANI STONE d/b/a
KMA DANCE CLUB                                              PLAINTIFF

v.                       CASE NO. 6:05CV6025

THE CITY OF HOT SPRINGS,
ARKANSAS                                                    DEFENDANT

## **JUDGMENT**

For the reasons set forth in the memorandum opinion and order filed herewith, Defendant's Motion to Dismiss (Doc. 14) is GRANTED, and Plaintiff's Amended Complaint (Doc. 8) is DISMISSED. Plaintiff's claims pursuant to the Equal Protection Clause, 42 U.S.C. § 1982 and 42 U.S.C. §1983 are DISMISSED WITHOUT PREJUDICE, and Plaintiff's claims pursuant to Title VII, 42 U.S.C. §1981, 1985, and 1986 are DISMISSED WITH PREJUDICE. All parties are to bear their own fees and costs.

**The parties have thirty days from the date of entry of Judgment within which to appeal**.

IT IS SO ORDERED this 12th day of May 2006.

                                             /s/Robert T. Dawson
                                             Honorable Robert T. Dawson
                                             United States District Judge